## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **MORRIS CARTER, on behalf of himself and all others similarly situated,**  §<br>§<br>*Plaintiff*,  §<br>§<br>v.  §<br>  §<br>**CREDITREPAIR.COM, LLC, a Delaware Limited Liability Company and OQUIRRH MOUNT LAW GROUP P.C. d/b/a LEXINGTON LAW FIRM, a Utah Professional Corporation,**  §<br>§<br>§<br>§<br>§<br>§<br>*Defendants*.  § | No. 3:25-cv-00020-LS |

## FINAL JUDGMENT

Consistent with its Order Dismissing Case entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. Any pending motions are denied as moot and the Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 17, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**